**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**ZOOM CIVIL MINUTE ORDER**</u>

| **Case No.:** 22-cv-02574-JCS | **Case Name:** Miller v. Red Robin International, Inc. | |
|---|---|---|
| **Magistrate Judge:** JOSEPH C. SPERO | **Date**: August 16, 2024 | **Time:** 6 M (9:34-9:40) |

**Attorney for Plaintiff:** Rebecca Peterson-Fisher
**Attorney for Defendant:** Martin Vigodnier

**Deputy Clerk:** Karen Hom          **Court Reporter:** Debra Pas

<u>**ZOOM WEBINAR PROCEEDINGS**</u>

1. Fairness Hearing – Held (1 M)
2. Motion to for Attorney Fees, Costs, and Service Aware [dkt 62] – Submitted.
3. Motion for Final Approval of Class Action Settlement [dkt 64] – Submitted.

<u>**ORDERED AFTER HEARING**</u>

Class members who were present at the hearing did not wish to be heard.
Supplemental declaration and proposed judgment to be submitted by 8/23/2024.

**Order to be prepared by:**
 [ ] Plaintiff          [ ] Defendant          [X] Court