1  REBECCA PETERSON-FISHER (State Bar No. 255359)
   JENNIFER L. LIU (State Bar No. 279370)
2  LEAH KENNEDY (State Bar No. 346306)
3  **KATZ BANKS KUMIN LLP**
   150 California St., 16th Floor
4  San Francisco, CA 94111
   Telephone: (415) 813-3260
5  Facsimile: (415) 813-2495
6
   *Attorneys for Plaintiff*
7
8              **UNITED STATES DISTRICT COURT**
9       **NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**
10
11
12  STEVEN MILLER, on behalf of          ) Case No.  22-cv-02574-JCS
    himself and all others similarly situated,  )
13                                       )
                        Plaintiff,       ) **SUPPLEMENTAL DECLARATION OF**
14         v.                            ) **CHRIS PIKUS FOR RUST CONSULTING,**
                                         ) **INC**.
15  RED ROBIN INTERNATIONAL, INC.        )
    dba RED ROBIN BURGER AND             )
16  SPIRITS EMPORIUMS, and DOES 1-100,   )
    inclusive,                           )
17                  Defendants,          )
18                                       )
19                                       )
                                         )
20                                       )
                                         )
21  _____ )
22
23
24
25
26
27
28

SUPPLEMENTAL DECLARATION OF CHRIS PIKUS FOR RUST CONSULTING, INC.

I, Chris Pikus, declare as follows:

1.      I am a Senior Project Manager for Rust Consulting, Inc. ("Rust").  My business address is 920 2nd Ave S, Suite 400, Minneapolis, Minnesota 55402.  My telephone number is (612) 359-2815.  I am over twenty-one years of age and am authorized to make this declaration on behalf of Rust and myself.

2.      Rust has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, property damage, employment discrimination, employment wage and hour, product liability, insurance and consumer issues.  We have provided notification and/or claims administration services in more than 8,000 cases.  Of these, over 3,750 were Labor & Employment cases.

3.      Rust was engaged by Counsel for the Plaintiffs and Counsel for the Defendants (collectively the "Parties") to provide notification services in the *Steven Miller v. Red Robin International, Inc.* Settlement ("Settlement").  Duties included: a) preparing, printing and mailing of the *Notice of Class Action Settlement* ("Notice")*, Challenge Form* ("Challenge Form")  and *Change of Address Form* ("COA Form") (collectively known as the "Class Notice"); b) tracking of exclusions, objections and disputes; c) drafting and mailing Settlement Award checks; d) arranging for the creation and maintenance of a publicly available website; and e) such other tasks as the Parties mutually agree or the Court orders Rust to perform.

4.      The total cost for the administration of this Settlement, including fees incurred and future costs for completion of the administration will be $11,500.00.  Attached as Exhibit A is a chart setting forth our costs to date and fees to complete the project.  The category "Project Management" reflects our expectation, based on the class size and our experience administering other class actions, that we will utilize at least fifteen hours of staff time to complete this project, at a blended hourly rate of $175.00.  Even if we spend more than fifteen additional hours to complete this project, we have agreed to be paid a total fee of $11,500.

1    5.    I declare under penalty of perjury that the above is true and correct to the best of

2    my knowledge and that this Declaration was executed this 22nd day of August 2024, at

3    Minneapolis, MN.

4

5

6    *Chris Pikus*

     CHRIS PIKUS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**RUST**
CONSULTING
An Exela Technologies Brand


Exhibit

920 2nd Ave S, Suite 400
MINNEAPOLIS, MN 55402
**P** 612.359.2000   I   **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

DATE:                    8/19/24

MATTER #:                859100

| PROJECT |
|---|
| *Miller v Red Robin*<br>*March 2024 through August 2024 Claims Administration Services* |

| | | |
|---|---|---|
| Database Development | $ | 199.20 |
| Initial Mailed Notice | | 1,576.00 |
| Follow Up to Initial Notice | | 90.32 |
| Processing and Administration | | 27.02 |
| Project Management | | 1,750.00 |
| Technical Consulting | | 2,658.84 |
| Expenses: Other Charges and Out-of-pocket Costs | | 381.14 |
| Project Total to Date | $ | 6,682.52 |
| Costs to Complete | | |
|     Fund Distribution | 2,192.48 | |
|     Project Completion | 2,625.00 | |
| | | 4,817.48 |
| **Total Due; Informational Only** | **$** | **11,500.00** |



| | | | |
|---|---|---|---|
| | DATE: | | 8/19/24 |
| | MATTER #: | | 859100 |

| TRANSACTION DETAIL | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|

### Database Development

| | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|
| Receive and Process Database | 1 | 175 | 175.00 |
| Additional Efforts to Finalize Settlement Data | | | 24.20 |
| | | SUBTOTAL | 199.20 |

### Initial Mailed Notice

| | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|
| CASS/NCOA/LACS Processing | 1 | 200 | 200.00 |
| Print and Mail Notice Package | 296 | 4.00 | 1,184.00 |
| Postage - 1 Ounce First Class | | | 192.00 |
| | | SUBTOTAL | 1,576.00 |

### Follow Up to Initial Notice

| | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|
| Receive Undeliverable Notices and Update Database | 24 | 1.25 | 30.00 |
| Address Trace | 16 | 1.00 | 16.00 |
| Remail Notice Package | 12 | 3.00 | 36.00 |
| Remail Postage - 1 Ounce First Class | | | 8.32 |
| | | SUBTOTAL | 90.32 |

### Processing and Administration

| | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|
| Additional Administrative Services Requested by Client | | | 27.02 |
| | | SUBTOTAL | 27.02 |

| COSTS TO COMPLETE | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|

### Fund Distribution

| | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|
| Print and Mail Payments | 296 | 4.50 | 1,332.00 |
| Postage - 1 Ounce First Class | 296 | 0.66 | 195.36 |
| Check Processing | 296 | 0.22 | 65.12 |
| FDIC Fees | 1 | 200 | 200.00 |
| Monthly Bank Account Fee | 4 | 100 | 400.00 |
| | | SUBTOTAL | 2,192.48 |

### Project Completion

| | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|
| Project Management | 15 | 175 | 2,625.00 |
| | | SUBTOTAL | 2,625.00 |