Rebecca Peterson-Fisher (SBN 255359)
Jennifer Liu (SBN 279370)
C. Leah Kennedy (SBN 346306)
KATZ BANKS KUMIN LLP
150 California Street, 16th Flor
San Francisco, CA 94111
Tel: 415.813.3260
Fax: 415.813.2495
Email: Peterson-Fisher@katzbanks.com
Liu@katzbanks.com
Kennedy@katzbanks.com

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEVEN MILLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RED ROBIN INTERNATIONAL, INC. dba RED ROBIN BURGER AND SPIRITS EMPORIUMS, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 22-CV-02574-JCS<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Before the Hon. Joseph C. Spero<br><br>Hearing: August 16, 2024<br>Location: Courtroom F, 15th Floor<br>Filed: April 27, 2022 |

The Court has separately entered an order granting final approval of the parties' class action and PAGA settlement pursuant to Federal Rule of Civil Procedure 23, which has settled the class and PAGA claims in this action in their entirety. The Court's findings of fact and conclusions of law stated within that order are expressly incorporated herein by reference.

The Court will have continuing jurisdiction after judgment for the purposes of interpretation, implementation, and enforcement of the terms of the Settlement Agreement and all orders and judgments entered in connection therewith pursuant to the Local Rules of the Northern District of California, as applicable.

Accordingly, pursuant to Federal Rule of Civil Procedure 58, and subject to the Court's continuing jurisdiction as set forth above, the Court directs the Clerk of the Court to enter Judgment. Pursuant to the settlement agreement and final approval order, this Judgment shall apply to the entire action.

IT IS SO ORDERED.

DATED: August 26, 2024

_____
HONORABLE JOSEPH C. SPERO
Magistrate Judge of the United States
District Court for the Northern District
of California