REBECCA PETERSON-FISHER (State Bar No. 255359)
JENNIFER L. LIU (State Bar No. 279370)
**KATZ BANKS KUMIN LLP**
235 Montgomery St., Suite 665
San Francisco, CA 94104
Telephone: (415) 813-3260
Facsimile: (415) 813-2495
Email: peterson-fisher@katzbanks.com
Email: liu@katzbanks.com

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN MILLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RED ROBIN INTERNATIONAL, INC. dba RED ROBIN BURGER AND SPIRITS EMPORIUMS et al.,<br><br>Defendants. | Case No. 22-CV-02574-JCS<br><br>**SETTLEMENT ADMINISTRATOR'S SUMMARY ACCOUNTING**<br><br>Before the Hon. Joseph C. Spero<br><br>Complaint filed: April 27, 2022<br>Judgment entered: August 26, 2024 |

1  Pursuant to the Court's February 26, 2024 Order Granting Motion for Preliminary Approval of Class Action and PAGA Settlement, Class Counsel hereby submits the Declaration of Christopher Pikus for Rust Consulting, Inc. In Regard to Payments, attached hereto as Exhibit A.

Dated: February 4, 2025    KATZ BANKS KUMIN LLP

By: /s/ Rebecca Peterson-Fisher
    Rebecca Peterson-Fisher

Attorneys for Plaintiff STEVEN MILLER and the Class

# EXHIBIT A

1  REBECCA PETERSON-FISHER (State Bar No. 255359)
2  JENNIFER L. LIU (State Bar No. 279370)
   LEAH KENNEDY (State Bar No. 346306)
3  **KATZ BANKS KUMIN LLP**
   235 Montgomery St Suite 665
4  San Francisco, CA 94104
   Telephone: (415) 813-3260
5  Facsimile: (415) 813-2495
   Email: peterson-fisher@katzbanks.com
6  Email: liu@katzbanks.com
7  Email: kennedy@katzbanks.com

8  Attorneys for Plaintiff

9  Adam Y. Siegal (SBN 238568)
10 Adam.Siegal@jacksonlewis.com
   Martin P. Vigodnier (SBN 311834)
11 Martin.Vigodnier@jacksonlewis.com
   **JACKSON LEWIS P.C.**
12 725 South Figueroa Street, Suite 2500
   Los Angeles, California 90017-5408
13 Telephone: (213) 689-0404
14 Facsimile: (213) 6890430

15 Attorneys for Defendant
16 RED ROBIN INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| STEVEN MILLER, on behalf of himself and all others similarly situated, | Case No.: 22-CV-02574-JCS |
| Plaintiff, | **DECLARATION OF CHRIS PIKUS FOR RUST CONSULTING, INC. IN REGARD TO PAYMENTS** |
| v. | |
| RED ROBIN INTERNATIONAL, INC. dba RED ROBIN BURGER AND SPIRITS EMPORIUMS, and DOES 1-100, inclusive, | |
| Defendants. | |

DECLARATION OF CHRIS PIKUS FOR RUST CONSULTING, INC. IN REGARD TO PAYMENTS

I, Chris Pikus, declare as follows:

1. I am a Senior Project Manager for Rust Consulting, Inc. ("Rust"). My business address is 920 2nd Ave S, Suite 900, Minneapolis, Minnesota 55402. My telephone number is (612) 359-2815. I am over twenty-one years of age and am authorized to make this declaration on behalf of Rust and myself.

2. Rust has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, property damage, employment discrimination, employment wage and hour, product liability, insurance and consumer issues. We have provided notification and/or claims administration services in more than 8,500 cases. Of these, over 4,000 were Labor & Employment cases.

3. Rust was engaged by Counsel for the Plaintiffs and Counsel for the Defendants (collectively the "Parties") to provide notification services in the *Steven Miller v. Red Robin International, Inc.* Settlement ("Settlement"). Duties included: a) preparing, printing and mailing of the *Notice of Class Action Settlement* ("Notice"), *Challenge Form* ("Challenge Form") and *Change of Address Form* ("COA Form") (collectively known as the "Class Notice"); b) tracking of exclusions, objections and disputes; c) drafting and mailing Settlement Award checks; d) arranging for the creation and maintenance of a publicly available website; and e) such other tasks as the Parties mutually agree or the Court orders Rust to perform.

4. On or about November 12, 2024, Rust received the Court approved Gross Settlement Amount, in the amount of $3,200,000.00, that was deposited into the Qualified Settlement Fund ("QSF").

5. On or about November 12, 2024, Rust received $113,823.28 to pay for the employer's share of payroll taxes that was deposited into the QSF.

6. On or about November 14, 2024, Rust prepared and executed a wire transfer for Class Counsel's Attorneys' Fees and Costs, in the amount of $811,848.69.

DECLARATION OF CHRIS PIKUS FOR RUST CONSULTING, INC. IN REGARD TO PAYMENTS

7.  On or about November 21, 2024, Rust prepared and executed wire transfers for the employer's share of payroll taxes to the Internal Revenue Service and applicable State Taxing agencies, in the amount of $113,823.28.

8.  On or about November 21, 2024, Rust prepared and executed wire transfers for the employee paid tax amount of to the Internal Revenue Service and applicable State Taxing agencies, in the amount of $294,126.44.

9.  On or about November 22, 2024, Rust prepared and mailed a check to the California Labor and Workforce Development Agency, in the amount of $75,000.

10. On or about November 22, 2024, Rust prepared and mailed the Service Award to the Plaintiff, Steven Miller, in the amount of $10,000.00.

11. On or about November 22, 2024, Rust prepared and mailed Settlement Award checks to 296 eligible Class Members, in the net after-tax amount of $1,997,524.87.

12. On or about November 22, 2024, Rust prepared and executed a wire transfer for the payment for the cost of administering the Settlement, in the amount of $11,500.00

13. The void date for the checks is May 21, 2025.  A total of 53 Settlement Award checks remain un-cashed and the QSF balance is $148,949.18.  Pursuant to the Settlement Agreement, funds associated with un-cashed checks will be tendered to the California State Controller's Unclaimed Property Division in the name of the Participating Class Member to whom the check was payable.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and that this Declaration was executed this 3rd day of February, 2025, at Minneapolis, MN.

*Chris Pikus*
CHRIS PIKUS

DECLARATION OF CHRIS PIKUS FOR RUST CONSULTING, INC. IN REGARD TO PAYMENTS