# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

cand.uscourts.gov

## Post-Distribution Accounting Form

For guidance and instruction, please see
https://www.cand.uscourts.gov/forms/procedural-guidance-for-class-action-settlements/

| | |
|---|---|
| Case Number (YY-xx-#####) | 22-cv-02574-JCS |
| Case Name | Miller v. Red Robin International, Inc. |
| Attorney Name | Rebecca Peterson-Fisher |
| Nature of Action | California Labor Code, PAGA |
| Attorney Email | peterson-fisher@katzbanks.com |
| Party Represented | Plaintiff and Settlement Class |
| This is: | ○ An interim post-distribution accounting. Not all settlement funds have been distributed.<br>● A final post-distribution accounting. All settlement funds have been distributed. |

| | | |
|---|---|---|
| 1. Total settlement fund | $ 3,200,000.00 | |
| 2. Number of class members | # 296 | |
| 3. Number of class members to whom notice was sent and not returned as undeliverable | # 290 | |
| 4. Number of claim forms submitted | # | N/A ✓ |
| 5. Percentage of claim forms submitted [=Q4/Q3] | % | N/A ✓ |
| 6. Number of opt-outs | # 0 | |
| 7. Percentage of opt-outs [=Q6/Q3] | % 0.0 | |
| 8. Number of objections | # 0 | |
| 9. Percentage of objections [=Q8/Q3] | % 0.0 | |
| 10. Average recovery per claimant | $ 7,742.07 | |
| 11. Median recovery per claimant | $ 4,430.26 | |
| 12. Maximum recovery per claimant | $ 28,438.70 | |

| | |
|---|---|
| 13. Minimum recovery per claimant | $ 3.95 |
| 14. Methods of notice to class members [1 or more], and percentage of success by method if known. Leave percentage blank if not known. | |

| | | | | | |
|---|---|---|---|---|---|
| ☑ 0.00% | Mail | ☑ 0.00% | Email | ☐ 0.00% | Text |
| ☐ 0.00% | Advertisement | ☐ 0.00% | Website | ☐ 0.00% | Other |

| | |
|---|---|
| 15. Methods of payment to class members [1 or more], and percentage of success by method if known. Leave percentage blank if not known. | |

| | | | | | |
|---|---|---|---|---|---|
| ☐ 0.00% | Direct Deposit | ☐ 0.00% | Gift Card | ☑ 0.00% | Paper Check |
| ☐ 0.00% | Wire | ☐ 0.00% | Payment App | ☐ 0.00% | Other |

| | |
|---|---|
| 16. Number of checks not cashed | # 27 |
| 17. Total value of checks not cashed | $ 63,494.74 |
| 18. Amount of settlement funds claimed by class member | $     N/A ☑ |
| 19. Amount of settlement funds distributed to class members | $ 2,291,651.31 |

| 20. Amounts distributed to each cy pres recipient | | Name | Amount |
|---|---|---|---|
| | 1. | | $ |
| | 2. | | $ |
| | 3. | | $ |
| | 4. | | $ |
| | 5. | | $ |
| | 6. | | $ |
| | 7. | | $ |
| | 8. | | $ |
| | 9. | | $ |
| | 10. | | $ |

| | |
|---|---|
| 21. Administrative costs | $ 11,500.00 |
| 22. Attorneys' fees | $ 800,000.00 |
| 23. Attorneys' costs excluding expert costs | $ 11,848.69 |
| 24. Expert costs | $ 0.00 |

| | |
|---|---|
| 25. Attorneys' fees in terms of percentage of the settlement fund | % 25 |
| 26. Plaintiffs' counsel's final lodestar total | $ 557,577.38 |
| 27. Lodestar multiplier [# x.y] | # x.y  1.43 |
| 28.     Describe any potential fraud issues encountered, the likely causes, and how they were addressed | |
| | |
| 29. Number of class members availing themselves of nonmonetary relief | # |
| 30. Aggregate value redeemed | $ |

Continued on next page.

| |
|---|
| 31. Where injunctive and or other non-monetary relief has been obtained, discuss the benefit conferred on the class. |
| |
| 32. Other notes and issues required to be addressed by judge's standing order. |
| There were 218 Class Members, 78 PAGA-only members, and 124 Class Members who were also part of the PAGA Group.  The average, median, mean, and minimum reflect the combined Class and PAGA groups, although the PAGA-only payments were much lower than the Class Member payments.<br><br>Pursuant to agreement of the Parties, additional reminders were sent to individuals who had not cashed their checks as of March 21, 2025, at Defendant's expense separate and apart from the QSF. As of March 21, 2025 53 people had not cashed their checks and $148,949.18 remained in the QSF.  As of the void date, only 27 people had not cashed their checks and only $63,494.74 remains in the QSF.<br><br>Pursuant to the Settlement Agreement, funds associated with un-cashed checks will be tendered to the California State Controller's Unclaimed Property Division in the name of the Participating Class Member to whom the check was payable. |

End of form.